IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEBRA BUENROSTRO, § <br> § <br> *Plaintiff*, § <br> § <br> V. § <br> § <br> COSTCO WHOLESALE § <br> CORPORATION, § <br> § <br> *Defendant.* § | CIVIL ACTION NO. SA-23-CA-456-FB |

### ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Agreed Stipulation of Dismissal With Prejudice, filed by the parties on November 4, 2025. (Docket no. 48). This case was stayed and administratively closed on April 25, 2025, to allow the parties additional time to submit their stipulation of dismissal. (Docket no. 45). The parties now stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure, that this matter can be dismissed with prejudice. (Docket no. 48).

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Order of Stay and Administrative Closure (docket no. 45) is LIFTED for the limited purpose of REOPENING this case so that this Order of Dismissal With Prejudice and Judgment can be entered.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to the parties' stipulation (docket no. 48) and Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure, the above-styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 5th day of November, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE